# United States Bankruptcy Court
## Western District of Tennessee

In re: **Paul Allen Taylor, Sr.**
**Patrice Susanne Taylor**
Debtor(s)

Case No. **10-32586**
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Paul Allen Taylor, Sr.** | S.S.# **xxx-xx-4709** |
| | (W) **Patrice Susanne Taylor** | S.S.# **xxx-xx-3288** |
| ADDRESS: | **6091 Old Brunswick Rd** | |
| | **Arlington, TN 38002** | |

PLAN PAYMENT: Debtor(s) to pay $ **442.00** (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:  OR ( **X** ) DIRECT PAY
BECAUSE: **Direct Pay - Debtor is Self-employed**
FIRST PAYMENT DATE: **12/16/2010**
PLACE OF EMPLOYMENT: **All Access Technical**    Spouse's Employer:

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

| | | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **IRS** | $ **40.00** |
| | **Tennessee Dept of Revenue** | $ **22.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**CitiMortgage**    Ongoing pmt. Begin                                     $ **CURRENT**
Approx. arrearage **10,000.00**    Interest **0.00** %    $ **167.00**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **US Bank** | $ **8,562.00** | **5.85** % | $ **134.00** |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **0** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$78,171.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Charles Abbott TN 010876;  MS 01001**
**Abbott Law Firm PLLC**
**8429 Industrial Drive**
**P. O. Box 1040**
**Olive Branch, MS 38654**
**662 893-4488 Fax:662 893-4494**